# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHELE PIEPOLI, | ) |
| | ) CIVIL ACTION |
|     Plaintiff, | ) File No. 1:21-CV-3218-LMM-CMS |
| | ) |
| v. | ) |
| | ) |
| PHARMACEUTICS INTERNATIONAL, INC., | ) ) |
| | ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Michele Piepoli ("Plaintiff") and Defendant Pharmaceutics International, Inc. ("Defendant"), by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and hereby stipulate that the above-styled action should be dismissed in its entirety with prejudice. Plaintiff and Defendant agree to bear their own attorneys' fees and costs associated with this action.

Respectfully submitted this 22nd day of November, 2022.

| | |
|---|---|
| */s/ Joseph Quattlebaum* | */s/ Justin Barnes* |
| Edward D. Buckley | Justin R. Barnes |
| GA Bar No. 092750 | Georgia Bar No. 105220 |
| edbuckley@buckleybeal.com | Justin.Barnes@jacksonlewis.com |
| Joseph Quattlebaum | |
| GA Bar No. 319971 | **JACKSON LEWIS P.C.** |
| jquattlebaum@buckleybeal.com | 171 17th Street, NW, Suite 1200 |
| Kathleen B. Hicks | Atlanta, GA 30363 |
| Georgia Bar No. 587883 | |
| kkacynski@buckleybeal.com | *Counsel for Defendant* |

**BUCKLEY BEAL LLP**
600 Peachtree Street NE, Suite 3900   (signed by Joseph Quattlebaum with
Atlanta, GA 30308   express permission)
Tel: (404) 781-1100
Fax: (404) 781-1101

*and*

John L. Mays
Georgia Bar No. 986574
jmays@pclawfirm.com

**PARKS, CHESIN & WALBERT, P.C.**
75 Fourteenth Street NE
Suite 2600
Atlanta, Georgia 30309

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHELE PIEPOLI, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) File No. 1:21-CV-3218-LMM-CMS |
| | ) |
| v. | ) |
| | ) |
| PHARMACEUTICS | ) |
| INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted, this 22nd day of November, 2022.

*/s/ Joseph Quattlebaum*
Joseph Quattlebaum
GA Bar No. 319971